1044

[No. 8849-9-III.   Division Three.   January 31, 1989.]

*In the Matter of the Marriage of* HELEN C. HADLEY,
*Appellant, and* EDGAR H. HADLEY,
*Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 82-2-01660-2, William J. Grant, J., entered August 20, 1987. *Reversed* by unpublished opinion per Green, J., concurred in by Thompson, C.J., and Munson, J.

[No. 8901-1-III.   Division Three.   January 31, 1989.]

CRAIG R. GINDRAUX, *Respondent,* v. BURLINGTON
NORTHERN RAILROAD COMPANY, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 86-2-01056-9, George T. Shields, J., entered October 15, 1987. *Affirmed* by unpublished opinion per Green, J., concurred in by Thompson, C.J., and Faris, J. Pro Tem.

[No. 10743-1-II.   Division Two.   February 1, 1989.]

LARRY PIERCE, ET AL, *Respondents,* v. THE DEPARTMENT
OF LABOR AND INDUSTRIES, *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, No. 84-2-00522-7, Richard A. Strophy, J., entered January 21, 1987. *Vacated* by unpublished per curiam opinion.